# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| NURMUKHAMED NURLANOV, | Case No. 5:25-cv-03572-MWF-DFM |
| Petitioner, | |
| v. | Order Accepting Report and Recommendation of United States Magistrate Judge |
| ERNESTO SANTACRUZ JR. et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636 and General Order 05-07 of the United States District Court for the Central District of California, the Court has reviewed the First Amended Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of the Objections that were filed.

The objections are **OVERRULED**.  The Objections incorrectly state that the Magistrate Judge misunderstood the thrust of the Petition.  That is simply incorrect. The Report and Recommendation dealt *explicitly* – and correctly -- with the points raised in the Objections.  The issue here, as in Petitioner's prior requests for relief, is that Petitioner disagrees with the decision of the Immigration Judge.  That must be determined by the BIA.

It might be, at some future date, that Petitioner's continued detention will demonstrate the situation that he will never be deported, and therefore

truly raise a constitutional issue of perpetual detention cognizable on habeas corpus.  That time is not now.

Accordingly, the Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED as follows:

1.    The Report and Recommendation is accepted.

2.    The First Amended Petition is denied to the extent it challenges the Immigration Judge's discretionary custody determinations, the procedures used at the November 24, 2025 bond hearing, and the February 27, 2026 redetermination order.

3.    The First Amended Petition is denied without prejudice to the extent it challenges the duration of Petitioner's detention as unconstitutionally prolonged.

4.    The First Amended Petition is dismissed without prejudice for lack of jurisdiction to the extent it seeks relief concerning Petitioner's removal to Kyrgyzstan.

Dated: June 23, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge