J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

|  |  |
|---|---|
| NURMUKHAMED NURLANOV, | Case No. 5:25-cv-03572-MWF-DFM |
| Petitioner, | |
| v. | JUDGMENT |
| ERNESTO SANTACRUZ JR. et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that:

1.     The First Amended Petition is denied to the extent it challenges the Immigration Judge's discretionary custody determinations, the procedures used at the November 24, 2025 bond hearing, and the February 27, 2026 redetermination order.

2.     The First Amended Petition is denied without prejudice to the extent it challenges the duration of Petitioner's detention as unconstitutionally prolonged.

3.     The First Amended Petition is dismissed without prejudice for lack of jurisdiction to the extent it seeks relief concerning Petitioner's removal to Kyrgyzstan.

4.      Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Dated: June 23, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge